UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PEGGY J. GUIDRY | CIVIL ACTION NO. 11-cv-00885 |
| VERSUS | JUDGE MELANÇON |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. [Rec. Doc. 15]. Accordingly, it is therefore

**ORDERED** that the Social Security Commissioner's decision is AFFIRMED and this action is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

Thus done and signed in Lafayette, Louisiana, this 4th day of June 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE